■    In the Matter of STANLEY R. ROOT, Petitioner, v SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.—Application to enjoin retrial and grant a hearing denied, and petition dismissed, without costs and without disbursements. No opinion. Concur—Birns, J. P., Sandler, Ross, Markewich and Silverman, JJ.

■    In the Matter of the Guardianship of the Person of DARRELL MURRY, Also Known as DARREN MURRAY. ST. CABRINI HOME, INC., Respondent; MARY MURRY, Also Known as MARY MURRAY, Appellant.—Order, Family Court, New York County, entered on November 14, 1978, unanimously affirmed, without costs and without disbursements. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Carro, JJ.

■    In the Matter of MACARTHUR NELSON, Petitioner, v GEORGE ROBERTS et al., Respondents.—Application to prohibit retrial and dismiss the indictment of petitioner denied and petition dismissed, without costs and without disbursements. No opinion. Concur—Fein, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS COLON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 24, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Markewich, Lupiano and Carro, JJ.